**TEJAL VYAS, LLC v. CARRIAGE PARK LTD. P'SHIP**

[359 N.C. 315 (2005)]

TEJAL VYAS, LLC and DR. P.K. VYAS v. CARRIAGE PARK LIMITED PARTNERSHIP, VILAS DEVELOPMENT CORP., GANESAN VISVABHARATHY, and STONESAN VISVABHARATHY

No. 513A04

(Filed 4 March 2005)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals,—— N.C. App. ——, 600 S.E.2d 881 (2004), affirming an order entered on 13 May 2003 by Judge Evelyn W. Hill in Superior Court, Wake County. Heard in the Supreme Court 7 February 2005.

*Herring McBennett Mills & Finkelstein, PLLC, by Mark A. Finkelstein, for plaintiff-appellants.*

*Holt York McDarris & High, LLP, by Colleen Kochanek and Claudia McClinton, for defendant-appellees.*

PER CURIAM.

AFFIRMED.